# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EDWARD THOMAS WILSON,

                              Petitioner,

v.

JEREMY BEAN,

                              Respondent.

Case No. 2:98-cv-01174-GMN-BNW

**ORDER GRANTING
MOTIONS FOR EXTENSION
OF TIME**

**[ECF Nos. 232, 235, 236, 237, 238, 239, 241, 242]**

This matter comes before this Court on Respondents' Motion for an Extension of Time to file their response to Petitioner Edward Thomas Wilson's Motion to Amend the Judgment. (ECF No. 232.)  The Court finds that good cause exists to grant the Motion.  Respondents' response, filed on July 11, 2025 (ECF No. 234), is deemed to be timely filed.

This matter also comes before the Court on Wilson's seven Motions for Extension of Time to file his reply to the Motion to Amend the Judgment. (ECF Nos. 235, 236, 237, 238, 239, 241, 242.)  In his latest Motion, Wilson requests an 80-day extension, explaining that his counsel needs additional time to receive his paper files from his former law firm and to then finish researching and drafting the reply. (ECF No. 242.)  The Court finds that good cause exists to grant the Motions, but it warns that future requests for an extension of this deadline will be viewed unfavorably.

It is therefore Ordered that the Motions for Extension of Time (ECF Nos. 232, 235, 236, 237, 238, 239, 241, 242) are **GRANTED,** *nunc pro tunc*.  Wilson has up to and including February 20, 2026, to file his reply to the Motion to Amend the Judgment.

Dated:     January 20, 2026

Gloria M. Navarro, Judge
United States District Court