**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD THOMAS WILSON, | Case No. 2:98-cv-01174-GMN-BNW |
| Petitioner, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| v. | |
| JEREMY BEAN, | **[ECF No. 244]** |
| Respondent. | |

This matter comes before the Court on Petitioner Edward Thomas Wilson's Motion for a 4-Day Extension of Time to file his reply to the Motion to Amend the Judgment. (ECF No. 244.) The Court finds that good cause exists to grant the Motion.

It is therefore Ordered that the Motion for Extension of Time (ECF No. 244) is **GRANTED**. Wilson has up to and including February 24, 2026, to file his reply to the Motion to Amend the Judgment.

Dated:   February 23, 2026

_____
Gloria M. Navarro, Judge
United States District Court