**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD THOMAS WILSON, | Case No. 2:98-cv-01174-GMN-BNW |
| Petitioner, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| v. | |
| JEREMY BEAN, | **[ECF No. 250]** |
| Respondent. | |

This matter comes before the Court on Petitioner Edward Thomas Wilson's Motion for a 30-Day Extension of Time to file his Notice of Appeal. (ECF No. 250.)  Under Rule 4(a)(5)(A) of the Federal Rules of Appellate Procedure, "[t]he district court may extend the time to file a notice of appeal if: (i) a party so moves no later than 30 days after the time prescribed . . . ; and (ii) . . . that party shows excusable neglect or good cause."  Wilson's counsel explains that he has been out of the country since the beginning of February, he desires to speak with Wilson before filing the Notice of Appeal, and Respondents do not oppose his request. (ECF No. 250.)  The Court finds that Wilson timely filed his extension request and that he shows that good cause exists to grant the request.

It is therefore Ordered that the Motion for Extension of Time (ECF No. 250) is **GRANTED**.  Wilson has up to and including May 10, 2026, to file his Notice of Appeal.

Dated:    April 7, 2026

_____
Gloria M. Navarro, Judge
United States District Court